```
John E. Lattin, IV, SBN 167876
E-mail: jlattin@laborlawyers.com
FISHER & PHILLIPS LLP
18400 Von Karman Avenue, Suite 400
Irvine, California 92612
Phone:  (949) 851-2424
Fax:    (949) 851-0152

Attorneys for Defendants
COMCAST BUSINESS COMMUNICATIONS, INC., AT&T BROADBAND EXECUTIVE
CHANGE IN CONTROL SEVERANCE PLAN, and AT&T BROADBAND CHANGE IN
CONTROL SEVERANCE PLAN

Douglas G. Murken, SBN 87929
E-mail:  dmurken@smdjlaw.com
Seifer, Murken, Despina & James ALC
2135 Lombard Street
San Francisco, CA 94123
Phone:  (415) 749-5900
Fax:    (415) 749-0344

Attorneys for Plaintiff
MICHAEL J. BRINSKELE
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. BRINSKELE,<br><br>  Plaintiff,<br><br>  v.<br><br>COMCAST BUSINESS COMMUNICATIONS, INC.; and AT&T BROADBAND EXECUTIVE CHANGE IN CONTROL SEVERANCE PLAN,<br><br>  Defendants. | Case No. C 05-01678 MMC<br><br>STIPULATION RE RELATED CASES AND [~~PROPOSED~~] ORDER |

Pursuant to Northern District Local Rules 7-11, the parties by and through their attorneys of record hereby stipulate as follows:

Plaintiff Michael J. Brinskele filed a lawsuit against Defendants Comcast Business Communications, Inc. and AT&T

1
STIPULATION RE RELATED CASES

Irvine 385744.1

1  Broadband Exclusive Change In Control Severance Plan, Case No.
2  CV 05-01678 MMC (hereinafter referred to as "Brinskele
3  lawsuit").

4      Plaintiff Michael J. Fontes, filed a lawsuit against the
5  same Defendants. That case is entitled "*Fontes v. Comcast
6  Business Communications, Inc. and AT&T Broadband Change In
7  Control Severance Plan*," Case No. C 05-01679 CW (hereinafter
8  referred to as "Fontes lawsuit").

9      Pursuant to Northern District Local Rules 3-12, the
10 Brinskele lawsuit and Fontes lawsuits are related cases, as (1)
11 both actions concern substantially the same parties, property,
12 transaction or event; and (2) it appears likely that there will
13 be an unduly burdensome duplication of labor and expense or
14 conflicting results if the cases are conducted before different
15 Judges.

16     These two cases involve the substantially the same named
17 parties.  Both parties involve the same employer, Comcast
18 Business Communications, Inc. ("Comcast").  Plaintiff Brinskele
19 managed Plaintiff Fontes while both worked for Comcast.
20 Further, both plaintiffs worked out of the same office for
21 Comcast, at Pinole, California, and therefore both cases involve
22 similar events and transactions. Also, both Plaintiffs were the
23 subject of a company investigation of the Pinole office, in the
24 May-June 2003 timeframe, and both were terminated from their
25 employment on the same date, on or about June 29, 2003, as a
26 result of the same company investigation.

27     Further, the two cases also involve substantially similar
28 issues of law - specifically, the Complaints allege (1) ERISA

1  violation, 29 U.S.C. section 1001 et. seq.; and (2) breach of
2  contract claims.
3      It appears that assignment of these two cases to a single
4  judge will likely conserve judicial resources and promote a more
5  efficient determination of the actions.
6      The Brinskele lawsuit is the earliest filed case.
7      For these reasons, the parties stipulate that the Brinskele
8  lawsuit and the Fontes lawsuits are related, and that both cases
9  should be heard by the Hon. Maxine M. Chesney.
10
11     IT IS SO STIPULATED.
12 Dated: September 21, 2005       SEIFER, MURKEN, DESPINA & JAMES
13
14
                                   _____
15                                 DOUGLAS G. MURKEN
                                   Attorneys for Plaintiff
16                                 MICHAEL J. BRINSKELE
17
18 Dated: September 21, 2005       FISHER & PHILLIPS LLP
19
                                   _____
20                                 JOHN E. LATTIN, IV
                                   Attorneys for Defendants
21                                 COMCAST BUSINESS COMMUNICATIONS,
                                   INC., AT&T BROADBAND EXECUTIVE
22                                 CHANGE IN CONTROL SEVERANCE PLAN,
                                   and AT&T BROADBAND CHANGE IN
23                                 CONTROL SEVERANCE PLAN
24
25
26 IT IS SO ORDERED.
27 DATED: __ __ __ ___, 2005       _____
                                   HON. MAXINE M. CHESNEY
28                                 DISTRICT COURT JUDGE

1  violation, 29 U.S.C. section 1001 et seq.; and (2) breach of
2  contract claims.
3     It appears that assignment of these two cases to a single
4  judge will likely conserve judicial resources and promote a more
5  efficient determination of the actions.
6     The Brinskele lawsuit is the earliest filed case.
7     For these reasons, the parties stipulate that the Brinskele
8  lawsuit and the Fontes lawsuits are related, and that both cases
9  should be heard by the Hon. Maxine M. Chesney.
10
11    IT IS SO STIPULATED.
12 Dated: September 21, 2005        SEIFER, MURKEN, DESPINA & JAMES
13
14                                  _____
15                                  DOUGLAS C. MURKEN
                                    Attorneys for Plaintiff
16                                  MICHAEL J. BRINSKELE
17
18 Dated: September 21, 2005        FISHER & PHILLIPS LLP
19
20                                  _____
                                    JOHN E. LATTIN, IV
21                                  Attorneys for Defendants
                                    COMCAST BUSINESS COMMUNICATIONS,
22                                  INC., AT&T BROADBAND EXECUTIVE
                                    CHANGE IN CONTROL SEVERANCE PLAN,
23                                  and AT&T BROADBAND CHANGE IN
                                    CONTROL SEVERANCE PLAN
24
25
26    IT IS SO ORDERED.
27    DATED: September 28    , 2005   _____
                                      HON. MAXINE M. CHESNEY
28                                    DISTRICT COURT JUDGE