1  John E. Lattin, IV, SBN 167876
   E-mail: jlattin@laborlawyers.com
2  David A. Garcia, SBN 218356
   E-mail: dgarcia@laborlawyers.com
3  FISHER & PHILLIPS LLP
   18400 Von Karman Avenue, Suite 400
4  Irvine, California 92612
   Phone: (949) 851-2424
5  Fax:   (949) 851-0152

6  Attorneys for Defendants
   COMCAST BUSINESS COMMUNICATIONS, INC. and AT&T
7  BROADBAND CHANGE IN CONTROL SEVERANCE PLAN

8  Douglas G. Murken, SBN 87929
   E-mail: dmurken@smdjlaw.com
9  Seifer, Murken, Despina & James ALC
   2135 Lombard Street
10 San Francisco, CA 94123
   Phone: (415) 749-5900
11 Fax:   (415) 749-0344

12 Attorneys for Plaintiff
   MICHAEL FONTES

13

14

15                  UNITED STATES DISTRICT COURT

16                 NORTHERN DISTRICT OF CALIFORNIA

17 | MICHAEL FONTES,                    | Case No. C 05-01679 MMC
18 |        Plaintiff,                  |
                                        | STIPULATED REQUEST TO ALLOW
19 |   v.                               | TELEPHONIC APPEARANCE BY
                                        | COUNSEL AT CASE MANAGEMENT
20 | COMCAST BUSINESS COMMUNICATIONS,   | CONFERENCE; [PROPOSED] ORDER
   | INC.; and AT&T BROADBAND CHANGE IN |
21 | CONTROL SEVERANCE PLAN,            | Date: November 4, 2005
                                        | Time: 10:30 a.m.
22 |        Defendants.                 |

23

24       Plaintiff MICHAEL FONTES and Defendants COMCAST BUSINESS
25 COMMUNICATIONS, INC. and AT&T BROADBAND CHANGE IN CONTROL
26 SEVERANCE PLAN (collectively, "Defendants") request leave to be
27

28
                                    1
                     Request for Telephonic Appearance
Irvine 391038.1

1  allowed to appear by telephone for the CMC. In support of this
2  request, the parties acknowledge:
3      1.  The CMC is currently set in this case on November 4,
4  2005.
5      2.  Defendants' lead trial counsel, John E. Lattin, IV,
6  resides and works in Orange County, California. Because the
7  parties already have submitted a Joint Case Management
8  Conference Statement, and because of the significant additional
9  cost to Defendants for counsel to fly to Oakland for a personal
10 appearance, Defendants request that their counsel be permitted
11 to appear by telephone for the next CMC, regardless of the date
12 it takes place.
13     3.  If this request is granted, John E. Lattin, IV agrees
14 to be available for the CMC by telephone, and to wait on stand-
15 by for the Court's call at the scheduled date and time at the
16 following direct dial telephone number: (949) 798-2156.
17     4.  Plaintiff is agreeable to this request for telephonic
18 appearance and no prejudice shall come to either party if both
19 parties are permitted to appear by telephone for the CMC.
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

```
1  Dated: October 28, 2005         SEIFER, MURKEN, DESPINA & JAMES
2
3
4                                  _____
                                   DOUGLAS G. MURKEN
                                   Attorneys for Plaintiff
5                                  MICHAEL J. FONTES

6  Dated: October 28, 2005         FISHER & PHILLIPS LLP
7
8
9                                  _____
                                   JOHN E. LATTIN, IV
                                   DAVID A. GRACIA
10                                 Attorneys for Defendants,
                                   COMCAST BUSINESS COMMUNICATIONS,
11                                 INC. AND AT&T BROADBAND CHANGE IN
                                   CONTROL SEVERANCE PLAN
12
13
...
28
```

3

Request for Telephonic Appearance

1 [~~PROPOSED~~] ORDER

2    The Court grants the request for telephonic appearance at
3 the Case Management Conference on November 4, 2005 at 10:30 a.m.

8 Dated: October 28, 2005

*[signature: Maxine M. Chesney]*
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE